## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### CHAPTER 13 PLAN (Individual Adjustment of Debts)   www.flsb.uscourts.gov

☒ **2ND** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Sukie, Lorna Beverley**   JOINT DEBTOR: n/a   CASE NO.:  17-16391-RBR
Last Four Digits of SS#**xxx-xx-1080**   Last Four Digits of SS#: n/a   Case Filed: **May 22, 2017**
o This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A. $3,132.82 for months 1 to 23;
   B. $3,378.98 for months 24 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee: **$3,650.00**\*\*TOTAL PAID: **$1,525.00** Balance Due: **$2,125.00**
                 Payable **$708.33**/month (Months 1 to 3)
**\*\*$3,500 Regular Legal Fee + $150 Ch. 13 Adm. Exps.**

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

| | |
|---|---|
| **Wells Fargo Bank, N.A.** | Arrearage upon date of petition: $58,933.84 |
| **Attn.: Payment Processing** | Arrearage Payment $309.31/month (Month 1 to 3) |
| **MAC# X2302-04C** | Arrearage Payment $1,017.65/month (Month 4 to 60) |
| **1 Home Campus** | Regular Payment $1,830.37/month (Months 1 to 60) |
| **Des Moines, IA 50328** | |
| 3034 SW 137 Ave., Miramar, FL 33027 | |
| Acct. #: 4435 | |
| POC # 1 | |

Priority Creditors: [as defined in 11 U.S.C. §507]: N/A

Unsecured Creditors: Pay $223.78/month (Months 24 to 60);
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor shall **PAY DIRECT** the following Mortgages & Liens secured by the Homestead Property;
Debtor reserves the right to Modify the mortgage within the Plan, pending Lender Approval.
   2nd Mortgage w/ Wells Fargo Home Mortgage; **Acct. #: 5389**
   Association, Vineyards @ Monarch Lakes; **Acct. #: 6001**

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s**/ Sukie, Lorna Beverley**
Debtor                                                            Date:   July 19, 2017